# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES B. SULLIVAN,** ) | |
|     **Plaintiff,** ) | |
| **vs.** ) | **Civil Action No: 16-00435-KD-B** |
| ) | |
| **PHILIP B. ETHIRIDGE** ) | |
|     **Defendant.** ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the United States Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated November 7, 2016 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be dismissed without prejudice for failure to comply with the Court's order.

**DONE** and **ORDERED** this **7th** day of **December 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**